JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA RODRIGUEZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WALMART, INC., a California Corporation and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:19-CV-03051-DSF-JEM<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear its own attorneys' fees and costs.

　　　IT IS SO ORDERED.

DATED: March 17, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -

CASE NO.: 2:19-CV-03051-DSF-JEM
ORDER ON JOINT
STPULATION FOR DISMISSAL